IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PARKS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-1299 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 18th day of October, 2024, upon consideration of the Motion to Dismiss (ECF No. 3) filed by Defendants Commissioner Blanche Carney, Deputy Warden Karen Butler, Deputy Warden Robert Rose, and City of Philadelphia ("Moving Defendants"); Plaintiff Charles Parks' opposition thereto; and the arguments made at oral argument on October 10, 2024—and for the reasons set forth in the accompanying Memorandum—it is hereby **ORDERED** the Motion is **GRANTED** and Counts I, II, and IV as to the Moving Defendants are **DISMISSED WITHOUT PREJUDICE.**

It is **FURTHERED ORDERED** Plaintiff Charles Parks may file an Amended Complaint on or before November 18, 2024. If Parks does not wish to amend his Complaint and intends to stand on the Complaint as originally pled, he may file a notice to that effect with the Court on or before November 18, 2024, at which time the Court will issue a final order dismissing the claims against the Moving Defendants. If Parks fails to file any response to this Order by November 18, 2024, the Court will conclude that he intends to stand on his Complaint and will issue a final order dismissing the claims against the Moving Defendants.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.