IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PARKS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-1299 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 19th day of August, 2025, upon consideration of Defendants City of Philadelphia, Commissioner Blanche Carney, Deputy Warden Karen Butler, and Deputy Warden Robert Rose's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 22), Plaintiff Charles Parks's response thereto, and for the reasons set forth in the accompanying memorandum, it is ORDERED the motion is GRANTED. Counts V and VI are DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to TERMINATE Defendants City of Philadelphia, Commissioner Blanche Carney, Deputy Warden Karen Butler, and Deputy Warden Robert Rose.

It is FURTHER ORDERED, upon consideration of Defendant Correctional Officer Carriker's Motion to Dismiss Amended Complaint (ECF No. 21), Parks's response thereto, and for the reasons set forth in the accompanying memorandum, it is ORDERED the motion is GRANTED IN PART and DENIED IN PART. Counts I and IV are DISMISSED WITH PREJUDICE. Counts II and III will proceed to discovery.

It is FURTHER ORDERED Defendant Correctional Officer Carriker is to file an answer to the First Amended Complaint by **Tuesday, September 2, 2025**. A Rule 16 Conference with the remaining parties will be held on **Wednesday, September 24, 2025 at 3:00 P.M**. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to submit to the

Court the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures at least 24 hours prior to the conference.[1] Dial-in information will be circulated separately.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.

---

[1] Judge Sánchez's procedures are available at www.paed.uscourts.gov.